No. 641. Austin Co. v. Lucas, Commissioner of Internal Revenue. March 17, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. W. B. Stewart* and *C. M. Horn* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, J. Louis Monarch,* and *W. Marvin Smith* for respondent.

No. 645. St. Louis-San Francisco Ry. Co. et al. v. Arkansas. March 17, 1930. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Thomas B. Pryor, Edward T. Miller, Edward L. Westbrooke,* and *Edward J. White* for petitioners. *Messrs. Hal L. Norwood, Frank Pace,* and *Tom W. Campbell* for respondent.

No. 646. Meyers v. United States;
No. 647. Same v. Same;
No. 648. Same v. Same; and
No. 649. Swift v. Same. March 17, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Arthur F. Schmidt* for petitioners. *Attorney General Mitchell, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch* and *John J. Byrne* for the United States.

No. 651. Kant-Skore Piston Co. v. Sinclair Mfg. Corp. March 17, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. William L. Symons, Leonard Garver, Jr.,* and *David Lorbach* for petitioner. No appearance for respondent.